# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMAL DAMON HENDRIX,
           Appellant,
vs.
THE STATE OF NEVADA,
           Respondent.

No. 81897

FILED

FEB 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction motion to withdraw a guilty plea and denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant has filed a notice of voluntary withdrawal of this appeal. The motion is granted. Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

---

[1]Given this order, appellant need not file a proof of service for the pro se notice filed on January 26, 2021.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-04040

cc:    Hon. Michael Villani, District Judge
        Jamal Damon Hendrix
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A